UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. SMITH,<br><br>Plaintiff<br><br>v.<br><br>CENTURION MEDICAL., et al.,<br><br>Defendants | Case No. 2:23-cv-01030-RFB-BNW<br><br>**ORDER** |

On July 3, 2023, Plaintiff Robert Smith, an inmate in the custody of the Nevada Department of Corrections, submitted documents titled "Injunction Preliminary/Medical Needs" and "Affidavit of Robert A. Smith, Id #57368" along with copies of prison grievances and kites. (ECF No. 1-1). Plaintiff has not filed a complaint and either paid the full $402 filing fee or applied to proceed *in forma pauperis* in this action. The Court grants Plaintiff and opportunity to correct both deficiencies.

**I.  DISCUSSION**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. Loc. R. Prac. LSR 2-1. Plaintiff has not filed a complaint. His initiating documents are not on the Court's approved civil-rights form, nor do they contain substantially all the information called for by the Court's form.

Plaintiff also has not either paid the full $402 filing fee or applied to proceed *in forma pauperis* in this action. This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See id.* at § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1.

For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.   CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **September 18, 2023.**

It is further ordered that on or before **September 18, 2023,** Plaintiff will either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and a complete application to proceed *in forma pauperis* or pay the required filing fee.

///
///
///
///
///

1    It is further ordered that the Clerk of the Court will send Plaintiff Robert A. Smith the
approved form for filing a § 1983 complaint and instructions for the same, the approved form
application to proceed *in forma pauperis* for an inmate along with information and instructions
for the same, and a courtesy copy of his initiating documents and exhibits (ECF No. 1-1).

DATED: July 18, 2023

_____
Brenda Weksler
United States Magistrate Judge