Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

*Attorneys for Plaintiff Robert A. Smith

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT A. SMITH,

Plaintiff,

v.

CENTURION MEDICAL, et al.,

Defendants.

Case No. 2:23-cv-01030-RFB-BNW

**Joint Stipulation to Extend Time to Refile the Preliminary Injunction, File an Amended Petition, or Request a Scheduling Order[1]**

**(Second Request)**

Counsel for Plaintiff Robert A. Smith and Counsel for Defendants file this Joint Stipulation to extend time for Plaintiff to refile the preliminary injunction, file an amended petition, or request a scheduling order. In support of this Stipulation, counsel for the parties state:

On January 9, 2026, Mr. Smith filed a pro se motion for preliminary injunction stating that he has been waiting for two years to have cataract surgery

[1] Counsel respectfully asks this Court to accept this Joint Stipulation one-day late as it was due to be filed on September 17, 2026. *See* ECF No. 57.

for both eyes. ECF No. 34. On January 14, 2026, this Court appointed the Federal Public Defender's Office to represent Mr. Smith in the instant case. ECF No. 35.

At a February 9, 2026 hearing, this Court denied, without prejudice, Mr. Smith's motion for preliminary injunction. ECF No. 46. This Court then permitted Plaintiff 45 days to refile either a preliminary motion or an amended petition. *Id.*

On March 17, 2026, Plaintiff's counsel filed a motion to extend time for 90 days to file pleadings or request a scheduling order because it appeared that Mr. Smith's cataract surgery would be scheduled in the next two months. *See* ECF No. 52. This Court granted the motion and extended time to file until June 19, 2026. *See* ECF No. 53.

The first of Mr. Smith's two cataract surgeries was scheduled for April 21, 2026. Mr. Smith refused to proceed with surgery at that time because of his perceived safety concerns and questions he had at the time. At Mr. Smith's later request, the cataract surgery was rescheduled. Mr. Smith had cataract surgery on his right eye on or about July 14, 2026. Mr. Smith refused to attend a post-op follow-up scheduled for July 20, 2026, because he stated he had not been advised of the appointment in advance. Cataract surgery for Mr. Smith's left eye is currently scheduled for the month of October, 2026.

To allow time for the second cataract surgery to be performed and for the parties to continue to work toward a resolution of the other pending claims, counsel for the parties ask this Court for a 90-day extension of time for Plaintiff to either refile the motion for preliminary injunction, file an amended petition, or request a scheduling order. Counsel will continue to communicate about resolving this case during this time.

This stipulation is not filed for the purpose of delay, but in the interests of justice, judicial economy, and in the interests of Mr. Smith and Defendants.

For these reasons, counsel respectfully request an extension of time of at least 90 days, or until December 16, 2026, for Plaintiff to refile the motion for preliminary injunction, to file an amended petition, or to request a scheduling order.

Dated September 18, 2026.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Sylvia Irvin*
Sylvia Irvin
Assistant Federal Public Defender

AARON D. FORD
Attorney General

/s/ Samuel L. Pezone Jr.
SAMUEL L. PEZONE JR. (Bar No. 15978)
Deputy Attorney General

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

Dated: September 21, 2026